IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | |
| : | **CASE NO: 7:23-CR-006 (WLS)** |
| **TYREE NATHAN ROBERTS,** : | |
| : | |
| **Defendant.** : | |
| _____ : | |

## ORDER

By Order entered April 18, 2024 (Doc. 27), the Court set a schedule for the Parties to provide supplemental briefing and information to the Court with respect to whether Defendant Tyree Nathan Roberts is subject to the mandatory minimum sentence of fifteen (15) years imprisonment imposed by the Armed Career Criminal Act ("ACCA") pursuant to 18 U.S.C. § 924(e). The Order also directed the U.S. Probation Office for the Middle District of Georgia ("USPO") to assist the Parties and the Court by providing counsel with the case numbers of matters during the past two years in which it appears the ACCA may have been applicable but was not imposed in cases in this District.

At the request of the USPO, the Court finds that it is appropriate to extend the Parties' briefing deadlines to allow the USPO sufficient time to gather the requested information and provide it to the Parties prior to their briefing deadlines. It is also appropriate to allow the USPO to adjust the time period during which the information is requested and to clarify that what the Court is seeking from the USPO is to provide the Court and Parties with sufficient case information to determine the consistency or inconsistency in the application of the ACCA to cases within this District.

Accordingly, the Court's Order (Doc. 47) is amended as follows:

1. The USPO is directed to assist the Parties to the extent it is able by providing counsel for the Parties with the case numbers of matters during a period not exceeding the past two years in which it appears the ACCA may have been applicable but was not imposed

in cases in this District.[1] Such information should be provided to the Parties on or before **Friday, April 26, 2024**.

      2.     The Government shall provide its supplement brief required by the April 18, 2024 Order on or before **Friday, May 3, 2024**.

      3.     The Defendant's response to the Government's supplement shall be filed on or before **Friday, May 10, 2024**.

Except as modified herein, the April 18, 2024 Order (Doc. 47) shall remain in effect.

**SO ORDERED**, this 19th day of April 2024.

                                                          /s/ W. Louis Sands
                                                          **W. LOUIS SANDS, SR. JUDGE**
                                                          **UNITED STATES DISTRICT COURT**

---

[1] The Court does not intend to impose on the USPO a burdensome or time consuming task, but as noted above seeks sufficient information for the Court to carry out its sentencing responsibilities to ensure fair and consistent sentences in this and similar cases.